IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ELENA HUNTER, on behalf of herself and all others similarly situated; BLIND AMBITIONS GROUP; and BLIND AMBITIONS GROUPS, on behalf of all its members and all others similarly situated, <br><br> *Plaintiffs,* <br><br> V. <br><br> FIRST UNITED BANK & TRUST COMPANY <br><br> *Defendant.* | § § § § § § § § § § § § § § § § | CASE NO. 4:12cv374 <br> Judge Clark/Judge Mazzant |

## ORDER ADOPTING AMENDED REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On December 11, 2012, the amended report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant First United Bank & Trust Company's Motion to Dismiss Plaintiff Elena Hunter's Class Action Complaint [Doc. #9] be denied.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that Defendant First United Bank & Trust Company's Motion to Dismiss Plaintiff Elena Hunter's Class Action Complaint [Doc. #9] is denied.

So **ORDERED** and **SIGNED** on January  31 , 2013.

_____
Ron Clark
United States District Judge